B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Chatman, Robert L** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Chatman, Barbara E** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Barbara Younger** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2685** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5044** |
| Street Address of Debtor (No. and Street, City, and State):<br>**427 Macon Ave.**<br>**Romeoville, IL**<br><div align=right>ZIP Code **60446**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br>**427 Macon Ave.**<br>**Romeoville, IL**<br><div align=right>ZIP Code **60446**</div> |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business:<br>**Will** |
| Mailing Address of Debtor (if different from street address):<br><div align=right>ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

■ Individual (includes Joint Debtors)
   *See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(12/11)  Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Chatman, Robert L**<br>**Chatman, Barbara E** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** **/s/ Sara K. Ledford ARDC No.**     **April 7, 2012**<br>Signature of Attorney for Debtor(s)            (Date)<br>**Sara K. Ledford ARDC No. 6275348** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                                Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Chatman, Robert L**<br>**Chatman, Barbara E** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

<table>
<tr>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Robert L Chatman
_____
Signature of Debtor  **Robert L Chatman**

**X** /s/ Barbara E Chatman
_____
Signature of Joint Debtor **Barbara E Chatman**

_____
Telephone Number (If not represented by attorney)

**April  7, 2012**
_____
Date

</td>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

</td>
</tr>
</table>

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

<table>
<tr>
<td>

**X** /s/ Sara K. Ledford ARDC No.
_____
Signature of Attorney for Debtor(s)

  **Sara K. Ledford ARDC No. 6275348**
_____
Printed Name of Attorney for Debtor(s)

  **LEDFORD & WU**
_____
Firm Name

  **200 S. Michigan Avenue, Suite 209**
  **Chicago, IL 60604-2406**

_____
Address

                    **Email: notice@ledfordwu.com**
  **(312) 294-4400  Fax: (312) 294-4410**
_____
Telephone Number

  **April  7, 2012**
_____
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

</td>
</tr>
</table>

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

<table>
<tr>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

</td>
<td>

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

</td>
</tr>
</table>

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Robert L Chatman**
     **Barbara E Chatman**

                                  Debtor(s)

Case No. _____

Chapter   **7**  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Robert L Chatman**
                      **Robert L Chatman**

Date:  **April 7, 2012**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Robert L Chatman**
**Barbara E Chatman**             Case No. _____

                  Debtor(s)        Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Barbara E Chatman**
                               **Barbara E Chatman**

Date:   **April  7, 2012**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re   **Robert L Chatman,**
**Barbara E Chatman**

Case No. _____

_____,

Debtors

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 6,321.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 94,249.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 48 | | 137,530.84 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 3,285.42 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,205.00 |
| Total Number of Sheets of ALL Schedules | | 63 | | | |
| Total Assets | | | 6,321.00 | | |
| Total Liabilities | | | | 231,779.84 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Robert L Chatman,**
       **Barbara E Chatman**

Case No. _____

Debtors    ,     Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 91,676.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 2,573.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 16,611.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 110,860.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,285.42 |
| Average Expenses (from Schedule J, Line 18) | 3,205.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 3,966.40 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 94,249.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 137,530.84 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 137,530.84 |

B6A (Official Form 6A) (12/07)

In re      **Robert L Chatman,**                                                    Case No. _____
           **Barbara E Chatman**
_____,
                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|
| | Total > | **0.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re  **Robert L Chatman,**                                    Case No. _____
       **Barbara E Chatman**

_____,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on Hand** | J | 130.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Synovus Bank Account** | J | 341.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. Household Goods including: Sofa, Loveseat, Entertainment Center, 3 Televisions, VCR, DVD Player, Microwave, Kitchen Table & Chairs, Pots, Pans, Dresser, Desk, Computer, Video Games** | J | 2,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Used Clothing** | J | 300.00 |
| 7.  Furs and jewelry. | | **Misc. Jewelry including: wedding rings, engagement ring, necklace and rings** | J | 300.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Camera** | J | 75.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life Insurance Policy through Employer. No Cash Surrender Value.** | H | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >           3,146.00
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re     **Robert L Chatman,**
        **Barbara E Chatman**                                           Case No. _____

                                                       Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **6 Series EE Savings Bonds** | J | 300.00 |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **FDCPA Claim against AGF** | J | 2,000.00 |

                                                     Sub-Total >      **2,300.00**
                                                     (Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Robert L Chatman,**                                          Case No. _____
      **Barbara E Chatman**

_____,
                     Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Plymouth Voyager with over 190,000 miles** | W | 875.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                                Sub-Total >     **875.00**
                                      (Total of this page)
                                                        Total >     **6,321.00**

Sheet   **2**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

                                            (Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                           Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    **Robert L Chatman,**                                                          Case No. _____
         **Barbara E Chatman**

                                                                ,
                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on Hand** | **735 ILCS 5/12-1001(b)** | **130.00** | **130.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Synovus Bank Account** | **735 ILCS 5/12-1001(b)** | **341.00** | **341.00** |
| **Household Goods and Furnishings** | | | |
| **Misc. Household Goods including: Sofa, Loveseat, Entertainment Center, 3 Televisions, VCR, DVD Player, Microwave, Kitchen Table & Chairs, Pots, Pans, Dresser, Desk, Computer, Video Games** | **735 ILCS 5/12-1001(b)** | **2,000.00** | **2,000.00** |
| **Wearing Apparel** | | | |
| **Used Clothing** | **735 ILCS 5/12-1001(a)** | **300.00** | **300.00** |
| **Furs and Jewelry** | | | |
| **Misc. Jewelry including: wedding rings, engagement ring, necklace and rings** | **735 ILCS 5/12-1001(a)** | **300.00** | **300.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Camera** | **735 ILCS 5/12-1001(b)** | **75.00** | **75.00** |
| **Government & Corporate Bonds, Other Negotiable & Non-negotiable Inst.** | | | |
| **6 Series EE Savings Bonds** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| **FDCPA Claim against AGF** | **735 ILCS 5/12-1001(b)** | **2,000.00** | **2,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2000 Plymouth Voyager with over 190,000 miles** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **875.00** |

|  | Total: | **7,846.00** | **6,321.00** |
|---|---|---|---|

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Robert L Chatman,**
    **Barbara E Chatman**
_____,
             Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

_**0**_ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | **0.00** | **0.00** |

B6E (Official Form 6E) (4/10)

.

In re  **Robert L Chatman,**  
 **Barbara E Chatman**

Case No. _____

,

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Robert L Chatman,**　　　　　　　　　　　　　　　　　　　Case No. _____
**Barbara E Chatman**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　，

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx3000**<br><br>**Illinois Child Support / HFA**<br>**Attn: Bankruptcy/Mail Drop:509-4-42**<br>**509 S 6th St.**<br>**Springfield, IL 62701** | | H | Opened 12/01/98  Last Active  3/08/12<br><br>**Domestic Support Obligation** | | | | **41,270.00** | 0.00<br><br>41,270.00 |
| Account No.<br><br>**Ginger Bychowski**<br>**32 Plume St.**<br>**Saunemin, IL 61769** | | | Representing:<br>**Illinois Child Support / HFA** | | | | **Notice Only** | |
| Account No. **xxxxxxxx5031**<br><br>**Illinois Child Support / HFS**<br>**Attn: Bankruptcy/Mail Drop:509-4-42**<br>**509 S 6th St.**<br>**Springfield, IL 62701** | | H | Opened  1/01/96  Last Active  3/08/12<br><br>**Domestic Support Obligation** | | | | **50,406.00** | 0.00<br><br>50,406.00 |
| Account No.<br><br>**Jacky Mattera**<br>**235 Hadleigh Dr.**<br>**Bolingbrook, IL 60440** | | | Representing:<br>**Illinois Child Support / HFS** | | | | **Notice Only** | |
| Account No.<br><br><br><br> | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Total of this page) | 0.00<br>**91,676.00** | **91,676.00** |
|---|---|---|---|

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com　　　　　　　　　　　　　　　　　　Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Robert L Chatman,**
**Barbara E Chatman**

Case No. _____

_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **2007** | | | | | | | | |
| **Illinois Dept. of Revenue Office of Collection Section P.O. Box 64449 Chicago, IL 60664-0449** | | H | **Taxes - Federal, State or Local** | | | | **219.00** | **0.00** / **219.00** |
| Account No. | | | | | | | | |
| **Illinois Dept of Revenue P.O. box 19084 Springfield, IL 62794-9084** | | | **Representing: Illinois Dept. of Revenue** | | | | **Notice Only** | |
| Account No. **2007** | | | | | | | | |
| **Internal Revenue Service Insolvency Division PO Box 7346 Philadelphia, PA 19101-7346** | | H | **Taxes - Federal, State or Local** | | | | **2,354.00** | **0.00** / **2,354.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet _**2**_ of _**2**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **2,573.00** | **0.00** / **2,573.00** |
| Total (Report on Summary of Schedules) | **94,249.00** | **0.00** / **94,249.00** |

B6F (Official Form 6F) (12/07)

In re  **Robert L Chatman,**
       **Barbara E Chatman**

Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxx1200 <br><br> **ABC Distributing, Inc.** <br> **PO Box 619092** <br> **North Miami, FL 33261-9092** | | J | | **Goods or Services** | | | | **33.43** |
| Account No. <br><br> **ABC Distribution** <br> **14445 NE 20th Lane** <br> **N. Miami, FL 33181** | | | | **Representing:** <br> **ABC Distributing, Inc.** | | | | **Notice Only** |
| Account No. xxx8697 <br><br> **Advocate MSO Services** <br> **75 Remittance Drive, Suite 6010** <br> **Chicago, IL 60675-6010** | | J | | **Medical or Dental Services** | | | | **200.00** |
| Account No. <br><br> **Advocate MSO Services** <br> **701 Lee St.** <br> **Des Plaines, IL 60016** | | | | **Representing:** <br> **Advocate MSO Services** | | | | **Notice Only** |

| | | |
|---|---|---|
| __47__ continuation sheets attached | Subtotal <br> (Total of this page) | **233.43** |

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert L Chatman,**
**Barbara E Chatman**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx8147** | | J | | **Goods or Services** | | | | |
| **Allied Data Corporation** 13111 Westheimer, 4th floor Houston, TX 77077 | | | | | | | | 325.00 |
| Account No. **xx9111** | | H | | **Opened 5/01/06** **Collection for Lasalle Bank** | | | | |
| **Amer Coll Co/ACC International** Acc International 919 Estes Ct. Schaumburg, IL 60193 | | | | | | | | 559.00 |
| Account No. | | | | **Representing:** **Amer Coll Co/ACC International** | | | | |
| **Bank of America** NC4-105-03-14 4161 Piedmont Parkway Greensboro, NC 27420 | | | | | | | | Notice Only |
| Account No. | | | | **Representing:** **Amer Coll Co/ACC International** | | | | |
| **LaSalle Bank** 2600 W. Big Beaver Road Troy, MI 48084 | | | | | | | | Notice Only |
| Account No. **1694** | | W | | **PayDay Loan** | | | | |
| **Americash Loans** 205 Army Trail Rd. Glendale Heights, IL 60139 | | | | | | | | 3,098.16 |

Sheet no. __1__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,982.16

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert L Chatman,**
       **Barbara E Chatman**                                                                Case No. _____

_____,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7593**<br><br>**Asset Acceptance Llc**<br>**Attention: Bankruptcy**<br>**Po Box 2036**<br>**Warren, MI 48090** | | W | **Opened  6/01/08**<br>**Collection for Avenue / World Financial Netwo** | | | | 478.00 |
| Account No.<br><br>**WFNNB**<br>**PO Box 182071**<br>**Columbus, OH 43218-2071** | | | **Representing:**<br>**Asset Acceptance Llc** | | | | Notice Only |
| Account No. **11 SC 07037**<br><br>**Asset Acceptance LLC**<br>**PO Box 2036**<br>**Warren, MI 48090** | | J | **Judgment** | | | | 6,579.29 |
| Account No.<br><br>**Freedman, Anselmo, Lindberg LLC**<br>**P.O. Box 3228**<br>**Naperville, IL 60566-7228** | | | **Representing:**<br>**Asset Acceptance LLC** | | | | Notice Only |
| Account No.<br><br>**PARL**<br>**PO box 1810**<br>**Warren, MI 48090** | | | **Representing:**<br>**Asset Acceptance LLC** | | | | Notice Only |

| Sheet no. _**2**___ of _**47**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 7,057.29 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert L Chatman,**                                                    Case No. _____
         **Barbara E Chatman**

_____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx3643**<br><br>**AT&T**<br>**Bankruptcy Dept/Attn Linda Adams**<br>**6021 S. Rio Grande Ave., 1st Floor**<br>**Orlando, FL 32859** | | J | | **Utility/Cable Services** | | | | **205.00** |
| Account No.<br><br>**Plaza Associates**<br>**PO Box 18008**<br>**Hauppauge, NY 11788** | | | | **Representing:**<br>**AT&T** | | | | **Notice Only** |
| Account No. **xxxxx3643**<br><br>**AT&T**<br>**Bankruptcy Dept/Attn Linda Adams**<br>**6021 S. Rio Grande Ave., 1st Floor**<br>**Orlando, FL 32859** | | J | | **Utility/Cable Services** | | | | **214.40** |
| Account No.<br><br>**First Financial Collection Bureau**<br>**610 Waltham**<br>**Sparks, NV 89434** | | | | **Representing:**<br>**AT&T** | | | | **Notice Only** |
| Account No. **xxxx4092**<br><br>**AT&T Mobility**<br>**5020 Ash Grove Road**<br>**Springfield, IL 62711-6329** | | J | | **2008**<br>**Utility** | | | | **953.00** |

Sheet no. __**3**___ of __**47**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,372.40**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert L Chatman,**
       **Barbara E Chatman**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Bureau of Collection** PO box 1259 Dept. 1456 Oaks, PA 19456 | | | | Representing: AT&T Mobility | | | | **Notice Only** |
| Account No. **xxx3856** **Avon** Dept. 707 PO Box 4115 Concord, CA 94524 | | H | | Goods or Services | | | | **325.48** |
| Account No. **Avon Products, Inc.** 6901 Golf Drive Morton Grove, IL 60053-1346 | | | | Representing: Avon | | | | **Notice Only** |
| Account No. **xxxxxxxx3-217** **Baby Einstein Discoveries** 939 Plaza Dr. Montoursville, PA 17754 | | J | | Subscription/Membership | | | | **20.00** |
| Account No. **Bank of America** NC4-105-03-14 4161 Piedmont Parkway Greensboro, NC 27420 | | H | | Overdraft | | | | **900.00** |

Sheet no. __4__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,245.48**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert L Chatman,**
      **Barbara E Chatman**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Bank of America** MO1-800-17-09    Overdraft PO Box 236 Saint Louis, MO 63166-0236 | | | Representing: Bank of America | | | | **Notice Only** |
| Account No. **LaSalle Bank** 2600 W. Big Beaver Road Troy, MI 48084 | | | Representing: Bank of America | | | | **Notice Only** |
| Account No. **xxxx7825** **Cash Advance America** 340 E. North Ave. Lombard, IL 60148 | W | | PayDay Loan | | | | **2,040.40** |
| Account No. **xxxxxx9001** **Central DuPage Hospital** 25 N. Winfield Rd. Winfield, IL 60190 | J | | 2008 Medical/Dental Services | | | | **42.91** |
| Account No. **MULTIPLE ACCOUNTS** **Central DuPage Hospital** 25 N. Winfield Rd. Winfield, IL 60190 | J | | Medical/Dental Services | | | | **10,000.00** |

Sheet no. __5__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,083.31**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert L Chatman,**
**Barbara E Chatman**

Case No. _____

,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| **H&R Accounts** **P.O. Box 672** **Moline, IL 61266** | | | | Representing: **Central DuPage Hospital** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Merchant's Credit** **223 W. Jackson** **Chicago, IL 60606** | | | | Representing: **Central DuPage Hospital** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **MiraMed Revenue Group, LLC** **PO Box 536** **Linden, MI 48451** | | | | Representing: **Central DuPage Hospital** | | | | **Notice Only** |
| Account No. | | J | | Debt Owed | | | | |
| **Charter One Bank** **Attn: Bank By Mail** **1 Citizens Drive** **Riverside, RI 02915** | | | | | | | | **1,013.00** |
| Account No. | | | | | | | | |
| **Island National Group** **PO Box 18009** **Hauppauge, NY 11788** | | | | Representing: **Charter One Bank** | | | | **Notice Only** |

Sheet no. __6__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,013.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert L Chatman,**
     **Barbara E Chatman**

Case No. _____

_____,
<div align="center">Debtors</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Credit Card | | | | |
| **Chase Bank CH1-1188 340 S. Cleveland Ave., Bldg. 370 Westerville, OH 43081** | | J | | | | | **1,445.00** |
| Account No. | | | | | | | |
| **RJM Acqusitions 575 Underhill Boulevard Syosset, NY 11791** | | | Representing: Chase Bank | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Washington Mutual PO Box 2437 Chatsworth, CA 91313-2437** | | | Representing: Chase Bank | | | | **Notice Only** |
| Account No. xxxxxxxx9623 | | | Membership/Subscription | | | | |
| **Chicago Tribune Box 7904 Chicago, IL 60650** | | J | | | | | **13.00** |
| Account No. | | | | | | | |
| **Chicago Tribune 435 N. Michigan Ave. Chicago, IL 60611** | | | Representing: Chicago Tribune | | | | **Notice Only** |

Sheet no. __7__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,458.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert L Chatman,**                                          Case No. _____
         **Barbara E Chatman**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **x057-1** | | | | PayDay Loan | | | | |
| CLT Financial Inc. 101 W. Romeo Rd. Romeoville, IL 60446 | | W | | | | | | 1,527.04 |
| Account No. **xx8128** | | | | Opened 12/01/05  Last Active 11/23/10 Collection for Drs Boyer   Scheive  P.C. | | | | |
| Collection Prof/lasal 723 1st St La Salle, IL 61301 | | H | | | | | | 850.00 |
| Account No. | | | | Representing: Collection Prof/lasal | | | | |
| Drs Boyer and Scheive PC 845 S. Main St. Lombard, IL 60148 | | | | | | | | Notice Only |
| Account No. **x6946** | | | | Opened 12/01/05  Last Active  5/30/07 Collection for Drs Boyer   Scheive | | | | |
| Collection Prof/lasal 723 1st St La Salle, IL 61301 | | H | | | | | | 565.00 |
| Account No. **xxxx7945** | | | | Collection for Hollywood Video | | | | |
| Collection/Credit Collection services Po Box 9133 Needham, MA 02494 | | W | | | | | | 422.00 |

Sheet no. __**8**__ of __**47**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     3,364.04

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **Robert L Chatman,**
      **Barbara E Chatman**
                                           ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Hollywood Entertainment** <br> **PO Box 6789** <br> **Wilsonville, OR 97070** | | | Representing: <br> **Collection/Credit** | | | | **Notice Only** |
| Account No. **xxxx7612** <br><br> **Collection/Credit** <br> **Collection services** <br> **Po Box 9133** <br> **Needham, MA 02494** | | W | **Collection for Hollywood Video** | | | | **377.00** |
| Account No. **xxxx7318** <br><br> **Collection/Credit** <br> **Collection services** <br> **Po Box 9133** <br> **Needham, MA 02494** | | H | **Collection for Hollywood Video** | | | | **259.00** |
| Account No. **xxxx8174** <br><br> **Collection/Credit** <br> **Collection services** <br> **Po Box 9133** <br> **Needham, MA 02494** | | W | **Collection for Hollywood Video** | | | | **255.00** |
| Account No. **xxxx9462** <br><br> **Collection/Credit** <br> **Collection services** <br> **Po Box 9133** <br> **Needham, MA 02494** | | H | **Collection for Hollywood Video** | | | | **219.00** |

Sheet no. __9___ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,110.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert L Chatman,**
      **Barbara E Chatman**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx8669** <br><br> **Collection/Credit Collection services Po Box 9133 Needham, MA 02494** | | W | Collection for Hollywood Video | | | | 219.00 |
| Account No. **xxxx9764** <br><br> **Collection/Credit Collection services Po Box 9133 Needham, MA 02494** | | H | Collection for Hollywood Video | | | | 209.00 |
| Account No. **xxxx5910** <br><br> **Collection/Credit Collection services Po Box 9133 Needham, MA 02494** | | W | Collection for Hollywood Video | | | | 203.00 |
| Account No. **xxxx4432** <br><br> **Collection/Credit Collection services Po Box 9133 Needham, MA 02494** | | H | Collection for Hollywood Video | | | | 199.00 |
| Account No. **xxxx3124** <br><br> **Collection/Credit Collection services Po Box 9133 Needham, MA 02494** | | W | Collection for Hollywood Video | | | | 149.00 |

Sheet no. __10__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**979.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert L Chatman,**              Case No. _____
        **Barbara E Chatman**

_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7707** | | | Collection for Hollywood Video | | | | |
| **Collection/Credit Collection services Po Box 9133 Needham, MA 02494** | | H | | | | | 99.00 |
| Account No. **xxxxxxx8476** | | | Membership/Subscription | | | | |
| **Columbia House 1400 N. Fruitridge Ave. Terre Haute, IN 47811** | | J | | | | | 150.00 |
| Account No. | | | Utility | | | | |
| **Commonwealth Edison Company Legal Revenue Recovery/Claims Dept Three Lincoln Center Oakbrook Terrace, IL 60181** | | J | | | | | 5,000.00 |
| Account No. **xxxx1680** | | | Opened 10/01/07 Collection for Comcast Chicago Seconds - 2000 | | | | |
| **Credit Management Lp 4200 International Pkwy Carrollton, TX 75007** | | H | | | | | 596.00 |
| Account No. **xxxx2578** | | | Opened  5/01/07 Collection for Comcast-Chicago Seconds - 2000 | | | | |
| **Credit Management Lp 4200 International Pkwy Carrollton, TX 75007** | | W | | | | | 182.00 |

Sheet no. __11__ of __47__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)          **6,027.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert L Chatman,**
**Barbara E Chatman**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Representing: | | | | |
| **Comcast** **11621 E. Marginal Way S** **Seattle, WA 98168-1965** | | | | **Credit Management Lp** | | | | **Notice Only** |
| Account No. | | J | | Credit Card | | | | |
| **Credit One Bank** **PO Box 98875** **Las Vegas, NV 89193** | | | | | | | | **911.00** |
| Account No. **x4041** | | J | | Collection for Suburban Video | | | | |
| **Creditors Discount & Audit** **331 Fulton Street #535** **Peoria, IL 61602-1499** | | | | | | | | **199.47** |
| Account No. **xxxxxxxxxxxx5355** | | H | | Opened  4/01/09 Collection for Physicians Immediate Care N C | | | | |
| **Creditors Protection S** **Po Box 4115** **Rockford, IL 61110** | | | | | | | | **120.00** |
| Account No. | | | | Representing: | | | | |
| **Physicians Immediate Care** **PO Box 15473** **Loves Park, IL 61111** | | | | **Creditors Protection S** | | | | **Notice Only** |

Sheet no. __12__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,230.47**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert L Chatman,**                                                      Case No. _____
         **Barbara E Chatman**
_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx2595**<br><br>**Dakota State Bank**<br>**Po Box 4477**<br>**Beaverton, OR 97076** | | W | | **Opened  6/19/07  Last Active  7/20/07**<br>**Credit Card** | | | | 443.00 |
| Account No. **xxxxxxxxx2-727**<br><br>**Danbury Mint**<br>**47 Richards Ave.**<br>**Norwalk, CT 06857** | | J | | **Membership/Subscription** | | | | 22.90 |
| Account No.<br><br>**MBI, Inc.**<br>**47 Richards Ave.**<br>**Norwalk, CT 06857** | | | | **Representing:**<br>**Danbury Mint** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxxxxxxxx0416**<br><br>**Dept Of Ed/sallie Mae**<br>**Po Box 9500**<br>**Wilkes Barre, PA 18773** | | W | | **Opened  4/01/10  Last Active  2/29/12**<br>**Student Loan or Educational Debt** | | | | 4,077.00 |
| Account No. **xxxxxxxxxxxxxxxxxx0416**<br><br>**Dept Of Ed/sallie Mae**<br>**Po Box 9500**<br>**Wilkes Barre, PA 18773** | | W | | **Opened  4/01/10  Last Active  2/29/12**<br>**Student Loan or Educational Debt** | | | | 3,500.00 |

Sheet no. __**13**__ of __**47**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **8,042.90**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert L Chatman,**
       **Barbara E Chatman**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H J | W C | | | | | |
| Account No. xxxxxxxxxxxxxxxxxx1103 | | W | | Opened 11/01/10  Last Active  2/29/12 Student Loan or Educational Debt | | | | |
| Dept Of Ed/sallie Mae Po Box 9500 Wilkes Barre, PA 18773 | | | | | | | | 3,179.00 |
| Account No. xxxxxxxxxxxxxxxxxx1208 | | W | | Opened 12/01/10  Last Active  2/29/12 Student Loan or Educational Debt | | | | |
| Dept Of Ed/sallie Mae Po Box 9500 Wilkes Barre, PA 18773 | | | | | | | | 3,132.00 |
| Account No. xxxxxxxxxxxxxxxxxx1103 | | W | | Opened 11/01/10  Last Active  2/29/12 Student Loan or Educational Debt | | | | |
| Dept Of Ed/sallie Mae Po Box 9500 Wilkes Barre, PA 18773 | | | | | | | | 1,473.00 |
| Account No. xxxxxxxxxxxxxxxxxx0217 | | W | | Opened 2/01/12  Last Active  2/29/12 Student Loan or Educational Debt | | | | |
| Dept Of Ed/sallie Mae Po Box 9500 Wilkes Barre, PA 18773 | | | | | | | | 875.00 |
| Account No. xxxxxxxxxxxxxxxxxx0217 | | W | | Opened 2/01/12  Last Active  2/29/12 Student Loan or Educational Debt | | | | |
| Dept Of Ed/sallie Mae Po Box 9500 Wilkes Barre, PA 18773 | | | | | | | | 375.00 |

Sheet no. __14__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,034.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert L Chatman,**
     **Barbara E Chatman**
                                          **Debtors**

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx1011** <br><br>**Disney Movie Club**<br>**P.O.Box 758**<br>**Neenah, WI 54957-0758** | | J | **Subscription/Membership** | | | | 25.90 |
| Account No. <br><br>**NSA**<br>**751 Summa Ave**<br>**Westbury, NY 11590** | | | **Representing:**<br>**Disney Movie Club** | | | | Notice Only |
| Account No. <br><br>**NSA**<br>**270 Spagnoli Rd.**<br>**Melville, NY 11747** | | | **Representing:**<br>**Disney Movie Club** | | | | Notice Only |
| Account No. **xxxxxxxx6-217** <br><br>**Disney Wonderful World Book Club**<br>**943 Plaza Dr.**<br>**Montoursville, PA 17754** | | J | **Subscription/Membership** | | | | 49.84 |
| Account No. **xx9956** <br><br>**DuPage Medical Group**<br>**1860 Paysphere Circle**<br>**Chicago, IL 60674** | | J | **2008**<br>**Medical or Dental Services** | | | | 4,000.00 |

Sheet no. __15__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,075.74

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert L Chatman,**
**Barbara E Chatman**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Mira Med Revenue Group** P.O.Box 77000 Dept 77304 Detroit, MI 48277 | | | | Representing: DuPage Medical Group | | | | Notice Only |
| Account No. **MiraMed Revenue Group, LLC** PO Box 536 Linden, MI 48451 | | | | Representing: DuPage Medical Group | | | | Notice Only |
| Account No. **xx9985** **DuPage Obstetrics & Gynecology** 200 Willow Rd. Wheaton, IL 60187 | | J | | 2008 Medical/Dental Services | | | | 300.00 |
| Account No. **DuPage Obstetrics & Gynecology** 28375 Davis Parkway, #901 Warrenville, IL 60555 | | | | Representing: DuPage Obstetrics & Gynecology | | | | Notice Only |
| Account No. **xxxxx0706** **Ebay** P.O. Box 2179 Carol Stream, IL 60132 | | J | | Debt Owed | | | | 40.00 |

Sheet no. __16__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**340.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert L Chatman,**
       **Barbara E Chatman**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**IC System Inc.**<br>**PO Box 64378**<br>**Saint Paul, MN 55164** | | | **Representing:**<br>**Ebay** | | | | **Notice Only** |
| Account No. **xxxxxx9461**<br><br>**Edward Hospital**<br>**801 S. Washington St.**<br>**Naperville, IL 60566** | | J | **2010**<br>**Medical/Dental Service** | | | | **5,000.00** |
| Account No. **xxxxxx9837**<br><br>**Edward Hospital**<br>**801 S. Washington St.**<br>**Naperville, IL 60566** | | J | **2012**<br>**Medical/Dental Service** | | | | **100.00** |
| Account No.<br><br>**Merchant's Credit**<br>**223 W. Jackson**<br>**Chicago, IL 60606** | | | **Representing:**<br>**Edward Hospital** | | | | **Notice Only** |
| Account No. **xxxxxx1792**<br><br>**Edward Hospital**<br>**801 S. Washington St.**<br>**Naperville, IL 60566** | | J | **Medical/Dental Service** | | | | **7,200.00** |

Sheet no. __**17**__ of __**47**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,300.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert L Chatman,**
       **Barbara E Chatman**
_____,
                              Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Merchant's Credit** <br> **223 W. Jackson** <br> **Chicago, IL 60606** | | | | **Representing:** <br> **Edward Hospital** | | | | **Notice Only** |
| Account No. **xxxx5888** <br><br> **Eos Cca** <br> **700 Longwater Dr** <br> **Norwell, MA 02061** | | H | | Opened 4/01/11 <br> CollectionAttorney Ebay Inc. | | | | **77.00** |
| Account No. **xxxx4194** <br><br> **Eos Cca** <br> **700 Longwater Dr** <br> **Norwell, MA 02061** | | W | | Opened 4/01/11 <br> CollectionAttorney Ebay Inc. | | | | **49.00** |
| Account No. **xxxxxxxxxxxx4454** <br><br> **Fashion Bug** <br> **PO Box 856021** <br> **Louisville, KY 40285** | | J | | Credit Card | | | | **528.35** |
| Account No. **xxx4075** <br><br> **Ffcc-columbus Inc** <br> **1550 Old Henderson Rd St** <br> **Columbus, OH 43220** | | H | | Opened 1/01/08 <br> Collection for Square Oral Surgery | | | | **132.00** |

Sheet no. __18__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**786.35**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert L Chatman,**
       **Barbara E Chatman**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3312** <br><br> **Fifth Third Bank** <br> **PO Box 630784** <br> **Cincinnati, OH 45263** | | J | **Overdraft** | | | | 848.00 |
| Account No. **4153** <br><br> **Giller Animal Hospital** <br> **27 West 120 North ave.** <br> **West Chicago, IL 60185** | | J | **Goods or Services** | | | | 276.00 |
| Account No. **xxxxxx4836** <br><br> **H&f Law** <br> **33 N Lasalle Ste 1200** <br> **Chicago, IL 60647** | | W | **Collection for Tcf National Bank** | | | | 750.00 |
| Account No. <br><br> **TCF National Bank** <br> **Attn:  Mail Code 268-01-L** <br> **500 Joliet Road** <br> **Willowbrook, IL 60527** | | | **Representing:** <br> **H&f Law** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx4720** <br><br> **H&R Block** <br> **7316 W. Roosevelt Rd.** <br> **Forest Park, IL 60130** | | J | **Goods or Services** | | | | 568.00 |

Sheet no. __**19**__ of __**47**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,442.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert L Chatman,**
　　　　**Barbara E Chatman**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **ARM** <br> **PO Box 129** <br> **Thorofare, NJ 08086** | | | **Representing:** <br> **H&R Block** | | | | **Notice Only** |
| Account No. <br><br> **H&R Block Fee Center** <br> **P.O. BOx 17155** <br> **Baltimore, MD 21297** | | | **Representing:** <br> **H&R Block** | | | | **Notice Only** |
| Account No.  **xx0064** <br><br> **High Point Dental** <br> **46 S. Weber Road** <br> **Romeoville, IL 60446** | | J | **Medical or Dental Services** | | | | **170.00** |
| Account No. <br><br> **Illinois Dept of Emp. Security** <br> **Bankruptcy Unit** <br> **33 S. State St. BPC** <br> **Chicago, IL 60603-2802** | | J | **Overpayment of Benefit** | | | | **2,398.00** |
| Account No. <br><br> **Illinois Dept of Emp. Security** <br> **P.O. Box 4385** <br> **Chicago, IL 60680** | | | **Representing:** <br> **Illinois Dept of Emp. Security** | | | | **Notice Only** |

Sheet no. __**20**__ of __**47**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,568.00**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert L Chatman,**
      **Barbara E Chatman**                                          Case No. _____

_____,
                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx8003**<br><br>**Jefferson Capital**<br>**16 Mcleland Rd**<br>**Saint Cloud, MN 56303** | | W | **Opened  1/01/08**<br>**Collection for Imagine Mastercard** | | | | **1,157.00** |
| Account No.<br><br>**Imagine Credit Card**<br>**P.O.Box 790193**<br>**Saint Louis, MO 63179** | | | **Representing:**<br>**Jefferson Capital** | | | | **Notice Only** |
| Account No. **xxxxxxxxx5003**<br><br>**Jefferson Capital**<br>**16 Mcleland Rd**<br>**Saint Cloud, MN 56303** | | W | **Opened 10/01/08**<br>**Collection for Dakota Bnk** | | | | **528.00** |
| Account No.<br><br>**Dakota State Bank**<br>**P.O. Box 30383**<br>**Tampa, FL 33630** | | | **Representing:**<br>**Jefferson Capital** | | | | **Notice Only** |
| Account No.<br><br>**Law Office of Mitchell N Kay PC**<br>**205 W Randolph St., Ste 920**<br>**Chicago, IL 60606** | | | **Representing:**<br>**Jefferson Capital** | | | | **Notice Only** |

Sheet no. __**21**__ of __**47**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                              Subtotal        |  **1,685.00**
                                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert L Chatman,**                                                    Case No. _____
       **Barbara E Chatman**
_____,
                              Debtors
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx7856** | | | | Collection for St. Charles Vet Clinic | | | | |
| **Jennings Law Firm** **PO Box 1444** **Bloomington, IL 61702** | | J | | | | | | 71.41 |
| Account No. **xxxxxxxxxxxxxx2284** | | | | Debt Owed | | | | |
| **JP Morgan Chase Bank** **Attn: Legal Dept.** **131 S. Dearborn St., Floor 5** **Chicago, IL 60603** | | J | | | | | | 1,000.00 |
| Account No. | | | | Representing: JP Morgan Chase Bank | | | | |
| **NAFS** **PO Box 9027** **Williamsville, NY 14231** | | | | | | | | Notice Only |
| Account No. | | | | Back Rent | | | | |
| **Lakehaven Apartment Homes** **746 Bluff St.** **Carol Stream, IL 60188** | | J | | | | | | 5,000.00 |
| Account No. **xxxxxxxxxx3704** | | | | Goods or Services | | | | |
| **LTD Commodities** **P.O. Box 296** **Northbrook, IL 60065-0296** | | H | | | | | | 507.76 |

Sheet no. __22__ of __47__ sheets attached to Schedule of                           Subtotal
Creditors Holding Unsecured Nonpriority Claims                                 (Total of this page)       6,579.17

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert L Chatman,**                                      Case No. _____
         **Barbara E Chatman**
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxxxxxxxxxxx2162<br><br>**Lvnv Funding Llc**<br>**Po Box 740281**<br>**Houston, TX 77274** | | W | | | **Opened  9/01/11**<br>**Collection for First Premier** | | | | 643.00 |
| Account No.<br><br>**First Premier Bank**<br>**Attn:  Correspondence Department**<br>**PO Box 5524**<br>**Sioux Falls, SD 57117** | | | | | Representing:<br>**Lvnv Funding Llc** | | | | Notice Only |
| Account No. xxxxxxx8001<br><br>**Med Busi Bur**<br>**1460 Renaissance D**<br>**Park Ridge, IL 60068** | | H | | | **Opened  2/01/07**<br>**Collection for West Central Anesthesia** | | | | 996.00 |
| Account No.<br><br>**West Central Anesthesia**<br>**2005 Income from Employment**<br>**Jackson, MI 49201** | | | | | Representing:<br>**Med Busi Bur** | | | | Notice Only |
| Account No. xxxxxx0324<br><br>**Men's Health**<br>**P.O. Box 8461**<br>**Red Oak, IA 51591-1461** | | J | | | **Subscription/Membership** | | | | 75.00 |

Sheet no. __23__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **1,714.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert L Chatman,**
       **Barbara E Chatman**
_____,
                          Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx8890** | | | | | Credit card | | | | |
| **Menards** **PO Box 6152** **Rapid City, SD 57709-6152** | | | J | | | | | | 803.00 |
| Account No. | | | | | | | | | |
| **Friedman & Wexler** **500 W. Madison St., #2910** **Chicago, IL 60661** | | | | | Representing: Menards | | | | Notice Only |
| Account No. **xxxxxx0509** | | | | | Opened 4/01/10 Collection for Edward Hospital | | | | |
| **Merchants Cr** **223 W. Jackson Blvd.** **Suite 400** **Chicago, IL 60606** | | | W | | | | | | 2,994.00 |
| Account No. | | | | | | | | | |
| **Edward Hospital** **801 S. Washington St.** **Naperville, IL 60566** | | | | | Representing: Merchants Cr | | | | Notice Only |
| Account No. | | | | | | | | | |
| **Edward Hospital** **PO Box 4207** **Carol Stream, IL 60197-4207** | | | | | Representing: Merchants Cr | | | | Notice Only |

Sheet no. __24__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,797.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert L Chatman,**
     **Barbara E Chatman**
                                     ,
                        Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx7612**<br><br>**Merchants Cr**<br>**223 W. Jackson Blvd.**<br>**Suite 400**<br>**Chicago, IL 60606** | | W | **Opened 4/01/10**<br>**Collection for Central Dupage Hospital** | | | | **1,109.00** |
| Account No.<br><br>**Central DuPage Hospital**<br>**25 N. Winfield Rd.**<br>**Winfield, IL 60190** | | | **Representing:**<br>**Merchants Cr** | | | | **Notice Only** |
| Account No. **xxxxxx0427**<br><br>**Merchants Cr**<br>**223 W. Jackson Blvd.**<br>**Suite 400**<br>**Chicago, IL 60606** | | W | **Opened 2/01/11**<br>**Collection for Edward Hospital** | | | | **341.00** |
| Account No.<br><br>**Edward Hospital**<br>**801 S. Washington St.**<br>**Naperville, IL 60566** | | | **Representing:**<br>**Merchants Cr** | | | | **Notice Only** |
| Account No. **xxxxxx1612**<br><br>**Merchants Cr**<br>**223 W. Jackson Blvd.**<br>**Suite 400**<br>**Chicago, IL 60606** | | W | **Opened 2/01/11**<br>**Collection for Central Dupage Hospital** | | | | **336.00** |

Sheet no. __25__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,786.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert L Chatman,**                                    Case No. _____
          **Barbara E Chatman**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Central DuPage Hospital** 25 N. Winfield Rd. Winfield, IL 60190 | | | Representing: Merchants Cr | | | | **Notice Only** |
| Account No. **xxxxxx1271**  **Merchants Cr** 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | H | Opened  3/01/11 Collection for Edward Hospital | | | | **330.00** |
| Account No.  **Edward Hospital** 801 S. Washington St. Naperville, IL 60566 | | | Representing: Merchants Cr | | | | **Notice Only** |
| Account No. **xxxxxx0428**  **Merchants Cr** 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | W | Opened  2/01/11 Collection for Edward Hospital | | | | **254.00** |
| Account No. **xxxxxx1478**  **Merchants Cr** 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | W | Opened  4/01/10 Collection for Central Dupage Hospital | | | | **139.00** |

Sheet no. __26__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**723.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert L Chatman,**
    **Barbara E Chatman**
Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Central DuPage Hospital** <br>**25 N. Winfield Rd.** <br>**Winfield, IL 60190** | | | Representing: <br>**Merchants Cr** | | | | **Notice Only** |
| Account No. **xxxxxx0263** <br><br>**Merchants Cr** <br>**223 W. Jackson Blvd.** <br>**Suite 400** <br>**Chicago, IL 60606** | | W | **Opened 6/01/10** <br>**Collection for Central Dupage Hospital** | | | | **122.00** |
| Account No. <br><br>**Central DuPage Hospital** <br>**25 N. Winfield Rd.** <br>**Winfield, IL 60190** | | | Representing: <br>**Merchants Cr** | | | | **Notice Only** |
| Account No. **xxxxxx0686** <br><br>**Merchants Cr** <br>**223 W. Jackson Blvd.** <br>**Suite 400** <br>**Chicago, IL 60606** | | W | **Collection for Central Dupage Physicians G** | | | | **80.00** |
| Account No. <br><br>**Central Dupage Physician Group** <br>**P.O. Box 479** <br>**Winfield, IL 60190-0479** | | | Representing: <br>**Merchants Cr** | | | | **Notice Only** |

Sheet no. __27__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**202.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert L Chatman,**
    **Barbara E Chatman**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0096** | | | Collection for Central Dupage Physicians Gr | | | | |
| **Merchants Cr**<br>**223 W. Jackson Blvd.**<br>**Suite 400**<br>**Chicago, IL 60606** | | W | | | | | 70.00 |
| Account No. | | | | | | | |
| **Central Dupage Physician Group**<br>**P.O. Box 479**<br>**Winfield, IL 60190-0479** | | | Representing:<br>Merchants Cr | | | | Notice Only |
| Account No. **xxxxxx0485** | | | Collection for Central Dupage Physicians Gr | | | | |
| **Merchants Cr**<br>**223 W. Jackson Blvd.**<br>**Suite 400**<br>**Chicago, IL 60606** | | W | | | | | 66.00 |
| Account No. | | | | | | | |
| **Central Dupage Physician Group**<br>**P.O. Box 479**<br>**Winfield, IL 60190-0479** | | | Representing:<br>Merchants Cr | | | | Notice Only |
| Account No. **xxxxxxx9560** | | | Opened 12/12/08  Last Active  4/02/09<br>Line Of Credit | | | | |
| **Meta Bank-loc**<br>**Jackson Hewitt I Power Card**<br>**Po Box 71402**<br>**Salt Lake City, UT 84171** | | W | | | | | 630.00 |

Sheet no. __28__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

766.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert L Chatman,**
       **Barbara E Chatman**                                Case No. _____

                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx1452** <br><br> **Mid America Bank & Tru** <br> **5109 S Broadband Ln** <br> **Sioux Falls, SD 57108** | | W | Opened 1/01/08 Last Active 8/12/11 <br> Credit Card | | | | 716.00 |
| Account No. **xxxxxx2993** <br><br> **Midland Credit Mgmt In** <br> **8875 Aero Dr** <br> **San Diego, CA 92123** | | W | Opened 12/01/08 <br> Collection for Hsbc/Orchard | | | | 780.00 |
| Account No. <br><br> **HSBC** <br> **Attn: Bankruptcy** <br> **PO Box 5213** <br> **Carol Stream, IL 60197** | | | Representing: <br> **Midland Credit Mgmt In** | | | | Notice Only |
| Account No. <br><br> **MCM** <br> **Dept. 12421** <br> **P.O. Box 1259** <br> **Oaks, PA 19456** | | | Representing: <br> **Midland Credit Mgmt In** | | | | Notice Only |
| Account No. <br><br> **Orchard Bank** <br> **PO Box 17051** <br> **Baltimore, MD 21297** | | | Representing: <br> **Midland Credit Mgmt In** | | | | Notice Only |

Sheet no. __**29**__ of __**47**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

               Subtotal            **1,496.00**
      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re     **Robert L Chatman,**                                      Case No. _____
            **Barbara E Chatman**
_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx4065** <br><br> **Midland Funding** <br> **8875 Aero Dr Ste 200** <br> **San Diego, CA 92123** | | W | Opened  7/01/11 <br> Colelction for Capital One Bank  Usa   Na | | | | **2,446.00** |
| Account No. <br><br> **Capital One** <br> **PO Box 5294** <br> **Carol Stream, IL 60197** | | | Representing: <br> Midland Funding | | | | **Notice Only** |
| Account No. **xxx4408** <br><br> **Mrsi** <br> **2250 E Devon Ave Ste 352** <br> **Des Plaines, IL 60018** | | W | Opened  8/01/11 <br> Collection for Associated General Surgeons  S | | | | **182.00** |
| Account No. **xxx7473** <br><br> **Associated Genral Surgeon** <br> **25 N. Winfield Rd., #410** <br> **Winfield, IL 60190** | | | Representing: <br> Mrsi | | | | **Notice Only** |
| Account No. <br><br> **Medical Recovery Specialists** <br> **2250 E. Devon Ave., Ste. 352** <br> **Des Plaines, IL 60018-4519** | | | Representing: <br> Mrsi | | | | **Notice Only** |

Sheet no. _**30**_ of _**47**_ sheets attached to Schedule of               Subtotal                | **2,628.00** |
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert L Chatman,**                                        Case No. _____
     **Barbara E Chatman**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx2715** | | | Collection for Blockbuster | | | | |
| **NAFS** **PO Box 9027** **Williamsville, NY 14231** | | J | | | | | 39.16 |
| Account No. **x1863** | | | Medical or Dental Services | | | | |
| **Naperville Radiologists** **6910 S. Madison St.** **Willowbrook, IL 60527** | | J | | | | | 824.00 |
| Account No. **xx3324** | | | Medical/Dental Service | | | | |
| **Naperville Radiologists** **Box 70** **Hinsdale, IL 60522** | | J | | | | | 300.00 |
| Account No. | | | Representing: Naperville Radiologists | | | | |
| **ATG Credit LLC** **PO Box 14895** **Chicago, IL 60614** | | | | | | | Notice Only |
| Account No. **xxxxxx6834** | | | Opened  2/01/09 Collection for Bmg | | | | |
| **National Credit Soluti** **Po Box 15779** **Oklahoma City, OK 73155** | | H | | | | | 29.00 |

Sheet no. __31__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,192.16**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert L Chatman,**              Case No. _____
         **Barbara E Chatman**

                                                    ,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **BMG Music Service** PO Box 1958 Indianapolis, IN 46291 | | | Representing: **National Credit Soluti** | | | | **Notice Only** |
| Account No. **xxxx2831** **National Recovery Agen** 2491 Paxton St Harrisburg, PA 17111 | | H | Opened  6/01/09 Collection for Nra Group | | | | **28.00** |
| Account No. **xx-xxxx4736** **Nicor** Attention: Bankruptcy & Collections PO Box 549 Aurora, IL 60507 | | J | 2010 Utility | | | | **1,096.27** |
| Account No. **CBCS** PO Box 69 Columbus, OH 43216 | | | Representing: **Nicor** | | | | **Notice Only** |
| Account No. **Nicor Gas** PO Box 2020 Aurora, IL 60507 | | | Representing: **Nicor** | | | | **Notice Only** |

Sheet no. __32__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ......................................... **1,124.27**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert L Chatman,**
      **Barbara E Chatman**
                                        ,
                                         Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx5368**<br><br>**Nicor Gas**<br>**Attention:  Bankruptcy Department**<br>**Po Box 190**<br>**Aurora, IL 60507** | | H | Opened  5/18/07  Last Active  7/15/08<br>Utility | | | | 1,221.00 |
| Account No. **xxxxxx4645**<br><br>**Nicor Gas**<br>**Attention:  Bankruptcy Department**<br>**Po Box 190**<br>**Aurora, IL 60507** | | W | Opened  8/18/06  Last Active 11/06/06<br>Utility | | | | 1,013.00 |
| Account No. **xx-xxxxxxxxx0171**<br><br>**North Shore Agency**<br>**PO Box 8901**<br>**Westbury, NY 11590-8901** | | J | Collection | | | | 47.29 |
| Account No. **xx-xx9740**<br><br>**North Star Capital Acqusition**<br>**P.O.Box 1022**<br>**Wixom, MI 48393-1022** | | J | Debt Owed | | | | 1,161.54 |
| Account No.<br><br>**Blitt and Gaines PC**<br>**661 Glenn Avenue**<br>**Wheeling, IL 60090** | | | Representing:<br>**North Star Capital Acqusition** | | | | **Notice Only** |

Sheet no. __33__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 3,442.83 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert L Chatman,**                                                        Case No. _____
      **Barbara E Chatman**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx5217**<br><br>**Northwest Collectors**<br>**3601 Algonquin Rd. Suite 232**<br>**Rolling Meadows, IL 60008** | | W | **Opened  8/01/10**<br>**Collection for City Of St.Charles Utility Dep** | | | | **188.00** |
| Account No.<br><br>**City of St. Charles**<br>**23 Main Street**<br>**Saint Charles, IL 60174** | | | **Representing:**<br>**Northwest Collectors** | | | | **Notice Only** |
| Account No. **xxxxxxx3769**<br><br>**Northwest Collectors**<br>**3601 Algonquin Rd. Suite 232**<br>**Rolling Meadows, IL 60008** | | W | **Opened  6/01/06**<br>**Collection for Village Of Carol Stream** | | | | **100.00** |
| Account No.<br><br>**Village of Carol Stream**<br>**500 N. Gary Ave.**<br>**Carol Stream, IL 60188** | | | **Representing:**<br>**Northwest Collectors** | | | | **Notice Only** |
| Account No. **xxxxxxx9560**<br><br>**Nrthn Resol**<br>**Po Box 566**<br>**Amherst, NY 14226** | | W | **Collection for Iadvance** | | | | **630.00** |

Sheet no. __**34**__ of __**47**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**918.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert L Chatman,**
   **Barbara E Chatman**
                                             ,
                       Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx4951** <br><br>**Oak Lawn Radiology** <br>**37241 Eagle Way** <br>**Chicago, IL 60678** | | J | **Medical or Dental Services** | | | | **22.60** |
| Account No. **xxxxx-xxxx0003** <br><br>**Payday Loan Store** <br>**147 W. Roosevelt** <br>**West Chicago, IL 60185** | | J | **PayDay Loan** | | | | **1,717.72** |
| Account No. **xxxx0002** <br><br>**Payday Loan Store** <br>**147 W. Roosevelt** <br>**West Chicago, IL 60185** | | | **Representing:** <br>**Payday Loan Store** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxxxx6586** <br><br>**Paypal Buyer Credit** <br>**P.O. Box 960080** <br>**Orlando, FL 32896** | | J | **Credit Card** | | | | **208.14** |
| Account No. <br><br>**NCO Financial** <br>**507 Prudential Rd** <br>**Horsham, PA 19044** | | | **Representing:** <br>**Paypal Buyer Credit** | | | | **Notice Only** |

Sheet no. __35__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,948.46**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert L Chatman,**
     **Barbara E Chatman**

Case No. _____

_____,
                                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxxx6670 | | | Credit Card | | | | |
| Paypal Buyer Credit P.O. Box 960080 Orlando, FL 32896 | | J | | | | | 500.00 |
| Account No. | | | Representing: Paypal Buyer Credit | | | | |
| ERS Solutions, Inc P.O.Box 9004 Renton, WA 98057 | | | | | | | Notice Only |
| Account No. xxxxxxxxxxx0627 | | | Opened 1/01/08 Last Active 10/30/09 Credit Card | | | | |
| Plains Commerce Bank Po Box 89937 Sioux Falls, SD 57109 | | W | | | | | 336.00 |
| Account No. | | | Medical or Dental Services | | | | |
| Richard J Schmit 910 W. Lake St, #106 Roselle, IL 60172 | | J | | | | | 43.40 |
| Account No. xxxxx8680 | | | Opened 11/01/11 Collection for Children S Book Of The Month C | | | | |
| Rjm Acq Llc 575 Underhill Blvd. Suite 224 Syosset, NY 11791 | | W | | | | | 60.00 |

Sheet no. __36__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

939.40

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert L Chatman,**                                              Case No. _____
         **Barbara E Chatman**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx2488** | | | **Membership/Subscription** | | | | |
| **Rodale Books**<br>**33 E. Minor Street**<br>**Emmaus, PA 18098** | | J | | | | | 53.02 |
| Account No. **xxxxxxxxxxxx1000** | | | **Opened  3/15/05  Last Active 11/28/06**<br>**Deficiency** | | | | |
| **Santander Consumer Usa**<br>**8585 N Stemmons Fwy Ste 1100-N**<br>**Dallas, TX 75247** | | W | | | | | 16,444.00 |
| Account No. | | | | | | | |
| **Triad Financial Corp.**<br>**7711 Center Ave.**<br>**Suite 100**<br>**Huntington Beach, CA 92647** | | | **Representing:**<br>**Santander Consumer Usa** | | | | Notice Only |
| Account No. **xxxx9354** | | | **Opened  4/01/08**<br>**Collection for Delnor Community Hospital** | | | | |
| **State Collection Servi**<br>**Attn: Bankruptcy**<br>**Po Box 6250**<br>**Madison, WI 53716** | | W | | | | | 75.00 |
| Account No. | | | | | | | |
| **Delnor Community Hospital**<br>**300 Randall Rd.**<br>**Geneva, IL 60134** | | | **Representing:**<br>**State Collection Servi** | | | | Notice Only |

Sheet no. __37__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          16,572.02

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert L Chatman,**
       **Barbara E Chatman**
                                                                           Case No. _____

                                              ,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx9353**<br><br>**State Collection Servi**<br>**Attn: Bankruptcy**<br>**Po Box 6250**<br>**Madison, WI 53716** | | W | **Opened  3/01/08**<br>**Collection for Delnor Community Hospital** | | | | 75.00 |
| Account No.<br><br>**Delnor Community Hospital**<br>**300 Randall Rd.**<br>**Geneva, IL 60134** | | | **Representing:**<br>**State Collection Servi** | | | | Notice Only |
| Account No. **xxxx9355**<br><br>**State Collection Servi**<br>**Attn: Bankruptcy**<br>**Po Box 6250**<br>**Madison, WI 53716** | | W | **Opened  4/01/08**<br>**Collection for Delnor Community Hospital** | | | | 75.00 |
| Account No.<br><br>**Delnor Community Hospital**<br>**300 Randall Rd.**<br>**Geneva, IL 60134** | | | **Representing:**<br>**State Collection Servi** | | | | Notice Only |
| Account No.<br><br>**Target**<br>**700 On the Mall**<br>**Minneapolis, MN 55402-2065** | | W | **NSF Check** | | | | 852.21 |

Sheet no. __38__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | 1,002.21 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert L Chatman,**                                 Case No. _____

     **Barbara E Chatman**

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kane County Restitution**<br>**PO box 35**<br>**South Elgin, IL 60177** | | | **Representing:**<br>**Target** | | | | **Notice Only** |
| Account No.<br><br>**Target**<br>**700 On the Mall**<br>**Minneapolis, MN 55402-2065** | | J | **NSF Check** | | | | **947.88** |
| Account No.<br><br>**Cook County Restitutin**<br>**PO Box A3984**<br>**Chicago, IL 60690** | | | **Representing:**<br>**Target** | | | | **Notice Only** |
| Account No.<br><br>**TCF National Bank**<br>**Attn:  Mail Code 268-01-L**<br>**500 Joliet Road**<br>**Willowbrook, IL 60527** | | H | **Credit Card** | | | | **400.00** |
| Account No. **xx-xxxx3539**<br><br>**The Pediatric Faculty Found.**<br>**PO Box 3597**<br>**Springfield, IL 62708-3597** | | J | **Medical/Dental Service** | | | | **207.20** |

Sheet no. __**39**__ of __**47**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **1,555.08**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert L Chatman,**                         Case No. _____
      **Barbara E Chatman**

_____,
                       Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx7311** | | | Membership/Subscription | | | | |
| **Time Magazine**<br>**PO Box 60001**<br>**Tampa, FL 33660-0001** | | J | | | | | 56.94 |
| Account No. **xxx0800** | | | Opened 10/01/06<br>Collection for Carol Stream Public Library | | | | |
| **Unique National Collec**<br>**119 E Maple St**<br>**Jeffersonville, IN 47130** | | H | | | | | 439.00 |
| Account No. | | | Representing:<br>Unique National Collec | | | | |
| **Carol Stream Public Library**<br>**616 Hiawatha Dr.**<br>**Carol Stream, IL 60188** | | | | | | | Notice Only |
| Account No. **xxx8467** | | | Opened 10/01/07  Last Active 11/19/07<br>Collection for St Charles Public Library | | | | |
| **Unique National Collec**<br>**119 E Maple St**<br>**Jeffersonville, IN 47130** | | H | | | | | 102.00 |
| Account No. | | | Representing:<br>Unique National Collec | | | | |
| **St. Charles Library**<br>**1 S. 6th Ave.**<br>**Saint Charles, IL 60174** | | | | | | | Notice Only |

Sheet no. __40__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

               Subtotal
         (Total of this page)       **597.94**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert L Chatman,**
         **Barbara E Chatman**                                              Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx2059**<br><br>**United Collect Bur Inc**<br>**5620 Southwyck Blvd Ste**<br>**Toledo, OH 43614** | | H | | **Opened 10/01/07**<br>**Collection for Meijer Inc** | | | | 264.00 |
| Account No.<br><br>**Meijer Inc.**<br>**PO Box 1**<br>**Grand Rapids, MI 49501** | | | | **Representing:**<br>**United Collect Bur Inc** | | | | Notice Only |
| Account No. **xxxx2056**<br><br>**United Collect Bur Inc**<br>**5620 Southwyck Blvd Ste**<br>**Toledo, OH 43614** | | H | | **Opened 10/01/07**<br>**Collection for Meijer Inc** | | | | 166.00 |
| Account No.<br><br>**Meijer Inc.**<br>**PO Box 1**<br>**Grand Rapids, MI 49501** | | | | **Representing:**<br>**United Collect Bur Inc** | | | | Notice Only |
| Account No. **xxxx2054**<br><br>**United Collect Bur Inc**<br>**5620 Southwyck Blvd Ste**<br>**Toledo, OH 43614** | | H | | **Opened 10/01/07**<br>**Collection for Meijer Inc** | | | | 154.00 |

Sheet no. __41__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          584.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert L Chatman,**
         **Barbara E Chatman**
                                                                    Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Meijer Inc.** <br>**PO Box 1** <br>**Grand Rapids, MI 49501** | | | **Representing:** <br>**United Collect Bur Inc** | | | | **Notice Only** |
| Account No. **xxxx2052** <br><br>**United Collect Bur Inc** <br>**5620 Southwyck Blvd Ste** <br>**Toledo, OH 43614** | | H | **Opened 10/01/07** <br>**Collection for Meijer Inc** | | | | **144.00** |
| Account No. <br><br>**Meijer Inc.** <br>**PO Box 1** <br>**Grand Rapids, MI 49501** | | | **Representing:** <br>**United Collect Bur Inc** | | | | **Notice Only** |
| Account No. **xxxx2047** <br><br>**United Collect Bur Inc** <br>**5620 Southwyck Blvd Ste** <br>**Toledo, OH 43614** | | H | **Opened 10/01/07** <br>**Collection for Meijer Inc** | | | | **110.00** |
| Account No. <br><br>**Meijer Inc.** <br>**PO Box 1** <br>**Grand Rapids, MI 49501** | | | **Representing:** <br>**United Collect Bur Inc** | | | | **Notice Only** |

Sheet no. __42__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **254.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert L Chatman,**　　　　　　　　　　　Case No. _____
　　　**Barbara E Chatman**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx9723** | | | | Opened  4/01/06 Collection for Meijer Inc | | | | |
| **United Collect Bur Inc 5620 Southwyck Blvd Ste Toledo, OH 43614** | | W | | | | | | |
| | | | | | | | | **107.00** |
| Account No. | | | | Representing: United Collect Bur Inc | | | | |
| **Meijer Inc. PO Box 1 Grand Rapids, MI 49501** | | | | | | | | **Notice Only** |
| Account No. **xxxx2044** | | | | Opened 10/01/07 Collection for Meijer Inc | | | | |
| **United Collect Bur Inc 5620 Southwyck Blvd Ste Toledo, OH 43614** | | H | | | | | | |
| | | | | | | | | **102.00** |
| Account No. | | | | Representing: United Collect Bur Inc | | | | |
| **Meijer Inc. PO Box 1 Grand Rapids, MI 49501** | | | | | | | | **Notice Only** |
| Account No. **xxxx9722** | | | | Opened  4/01/06 Collection for Meijer Inc | | | | |
| **United Collect Bur Inc 5620 Southwyck Blvd Ste Toledo, OH 43614** | | W | | | | | | |
| | | | | | | | | **82.00** |

Sheet no. __**43**__ of __**47**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**291.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert L Chatman,**
    **Barbara E Chatman**
                                                     ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Meijer Inc.**<br>**PO Box 1**<br>**Grand Rapids, MI 49501** | | | **Representing:**<br>**United Collect Bur Inc** | | | | **Notice Only** |
| Account No. **xxxx9724**<br><br>**United Collect Bur Inc**<br>**5620 Southwyck Blvd Ste**<br>**Toledo, OH 43614** | | W | **Opened  4/01/06**<br>**Collection for Meijer Inc** | | | | **67.00** |
| Account No. <br><br>**Meijer Inc.**<br>**PO Box 1**<br>**Grand Rapids, MI 49501** | | | **Representing:**<br>**United Collect Bur Inc** | | | | **Notice Only** |
| Account No. **xxxx2041**<br><br>**United Collect Bur Inc**<br>**5620 Southwyck Blvd Ste**<br>**Toledo, OH 43614** | | H | **Opened 10/01/07**<br>**Collection for Meijer Inc** | | | | **51.00** |
| Account No. <br><br>**Meijer Inc.**<br>**PO Box 1**<br>**Grand Rapids, MI 49501** | | | **Representing:**<br>**United Collect Bur Inc** | | | | **Notice Only** |

Sheet no. __44__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**118.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert L Chatman,**
       **Barbara E Chatman**

Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. **xxxx9721** | | | **Opened 4/01/06** **Collection for Meijer Inc** | | | | |
| **United Collect Bur Inc** **5620 Southwyck Blvd Ste** **Toledo, OH 43614** | | W | | | | | **46.00** |
| Account No. | | | **Representing:** **United Collect Bur Inc** | | | | |
| **Meijer Inc.** **PO Box 1** **Grand Rapids, MI 49501** | | | | | | | **Notice Only** |
| Account No. | | | **Credit card** | | | | |
| **US Bank** **950 17th St., Ste. 810** **Denver, CO 80202** | | H | | | | | **900.00** |
| Account No. | | | **Representing:** **US Bank** | | | | |
| **Apelles** **PO Box 1197** **Westerville, OH 43086-1197** | | | | | | | **Notice Only** |
| Account No. | | | **Overdraft** | | | | |
| **US Bank** **950 17th St., Ste. 810** **Denver, CO 80202** | | J | | | | | **849.00** |

Sheet no. __**45**__ of __**47**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,795.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert L Chatman,**
     **Barbara E Chatman**

                                                      Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **US Bank** PO Box 6345 Fargo, ND 58125-6345 | | | Representing: US Bank | | | | **Notice Only** |
| Account No. **xxxxxx8749**  **Uscb Corporation** 101 Harrison St Archbald, PA 18403 | | W | Opened  1/01/11 Collection for Penn Foster School | | | | **830.00** |
| Account No.  **American Credit & Collection** PO Box Taylor, PA 18517 | | | Representing: Uscb Corporation | | | | **Notice Only** |
| Account No.  **Penn Foster** 925 Oak Street Scranton, PA 18515 | | | Representing: Uscb Corporation | | | | **Notice Only** |
| Account No. **xx2425**  **Wayne S. Johnson DDS, Ltd** 1440 Maple Ave., Suite 3A Lisle, IL 60532 | | J | Medical or Dental Services | | | | **330.00** |

Sheet no. __46__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,160.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert L Chatman,**
     **Barbara E Chatman**
                                        ,
                                   Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3040** <br><br> **Winfield Laboratories** <br> **Dept. 4408** <br> **Carol Stream, IL 60122** | | J | **Medical or Dental Services** | | | | **32.05** |
| Account No. **xxxxxx8854** <br><br> **Wood Forest Bank** <br> **9245 W. 159th Street** <br> **Orland Hills, IL 60487** | | J | **Overdraft** | | | | **722.68** |
| Account No. <br><br> **Woodforest National Bank** <br> **25231 Grogans Mill #450** <br> **Spring, TX 77380** | | | **Representing:** <br> **Wood Forest Bank** | | | | **Notice Only** |
| Account No. **xxxxxx2000** <br><br> **Zenith Acqu** <br> **170 Northpointe Pa** <br> **Amherst, NY 14228** | | W | **Collection for Salute Visa Gold** | | | | **1,161.00** |
| Account No. <br><br> **Salute** <br> **P.O. Box 790174** <br> **Saint Louis, MO 63179** | | | **Representing:** <br> **Zenith Acqu** | | | | **Notice Only** |

Sheet no. __47__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | **1,915.73** |
| Total <br> (Report on Summary of Schedules) | **137,530.84** |

B6G (Official Form 6G) (12/07)

In re     **Robert L Chatman,**
        **Barbara E Chatman**                    Case No. _____

                              Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| | |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                         Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Robert L Chatman,**                                                    Case No. _____
         **Barbara E Chatman**

_____,
                                        Debtors

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

**B6I (Official Form 6I) (12/07)**

In re **Robert L Chatman**
**Barbara E Chatman**
_____
Debtor(s)

Case No. _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):  **Son** | AGE(S):  **3** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Warehouse** | **Medical Assistant** |
| Name of Employer | **Casey Products** | **Physicians Immediate Care** |
| How long employed | **2 Years** | **1 Week** |
| Address of Employer | **11230 Katherines Crossing Woodridge, IL 60517** | **391 S. Bolingbrook Dr. Bolingbrook, IL 60440** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 1,906.67 | $ | 2,253.33 |
| 2. Estimate monthly overtime | $ | 715.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 2,621.67 | $ | 2,253.33 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 374.23 | $ | 450.67 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify)   **See Detailed Income Attachment** | $ | 764.68 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 1,138.91 | $ | 450.67 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 1,482.76 | $ | 1,802.66 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 1,482.76 | $ | 1,802.66 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | 3,285.42 |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6I (Official Form 6I) (12/07)**

In re     **Robert L Chatman**
      **Barbara E Chatman**                         Case No. _____
                                        Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

**Other Payroll Deductions:**

| | | | |
|---|---|---|---|
| **Child Support #1** | $ | **321.60** | $ | **0.00** |
| **Child Support #2** | $ | **312.00** | $ | **0.00** |
| **401K** | $ | **131.08** | $ | **0.00** |
| **Total Other Payroll Deductions** | $ | **764.68** | $ | **0.00** |

B6J (Official Form 6J) (12/07)

In re   **Robert L Chatman**
**Barbara E Chatman**
_____
Debtor(s)

Case No. _____

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 650.00 |
| a. Are real estate taxes included? | Yes ___ | No **X** | |
| b. Is property insurance included? | Yes ___ | No **X** | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 200.00 |
| b. Water and sewer | | $ | 50.00 |
| c. Telephone | | $ | 25.00 |
| d. Other **See Detailed Expense Attachment** | | $ | 300.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 50.00 |
| 4. Food | | $ | 600.00 |
| 5. Clothing | | $ | 100.00 |
| 6. Laundry and dry cleaning | | $ | 40.00 |
| 7. Medical and dental expenses | | $ | 75.00 |
| 8. Transportation (not including car payments) | | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 60.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 25.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 45.00 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other **Student Loans** | | $ | 160.00 |
| c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other **See Detailed Expense Attachment** | | $ | 525.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,205.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 3,285.42 |
| b. Average monthly expenses from Line 18 above | $ | 3,205.00 |
| c. Monthly net income (a. minus b.) | $ | 80.42 |

**B6J (Official Form 6J) (12/07)**

In re    **Robert L Chatman**
       **Barbara E Chatman**                   Case No. _____
                                Debtor(s)

## <u>SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)</u>
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| Cable | $ | 100.00 |
| Internet | $ | 50.00 |
| Cell Phones | $ | 150.00 |
| **Total Other Utility Expenditures** | $ | **300.00** |

**<u>Other Expenditures:</u>**

| | | |
|---|---|---:|
| Auto Repairs / Maintenence | $ | 50.00 |
| Haircuts / Personal Care | $ | 75.00 |
| Childcare / Babysitting | $ | 350.00 |
| Tolls | $ | 50.00 |
| **Total Other Expenditures** | $ | **525.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Robert L Chatman**
**Barbara E Chatman**
_____
Debtor(s)

Case No. _____
Chapter    **7**    _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **65** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **April  7, 2012**_____

Signature    **/s/ Robert L Chatman**_____
**Robert L Chatman**
Debtor

Date  **April  7, 2012**_____

Signature    **/s/ Barbara E Chatman**_____
**Barbara E Chatman**
Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Robert L Chatman**
      **Barbara E Chatman**                             Case No.

                                        Debtor(s)             Chapter     **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$6,259.77** | **2012 YTD: Husband Employment Income** |
| **$28,780.00** | **2011: Husband Employment Income** |
| **$26,168.00** | **2010: Husband Employment Income** |
| **$4,628.28** | **2012 YTD: Wife Employment Income** |
| **$10,824.00** | **2011: Wife Employment Income** |
| **$4,430.00** | **2010: Wife Employment Income** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2012 YTD: Wife Unemployment |
| $3,011.00 | 2011: Wife Unemployment |
| $26,165.00 | 2010: Wife Unemployment |

**3. Payments to creditors**

None ☐

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *Jacky Mattera<br>235 Hadleigh Dr.<br>Bolingbrook, IL 60440 | 2012 | $890.58 | $50,406.00 |
| *Ginger Bychowski<br>32 Plume St.<br>Saunemin, IL 61769 | 2012 | $864.00 | $41,270.00 |

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Asset Acceptance LLC v. Barbara Younger; 11 SC 07037** | **Breach of Contract / Collection** | **Twelfth Judicial Circuit Court, Will County, IL** | **Judgment for Plaintiff** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **LEDFORD & WU**<br>**200 S. Michigan Avenue, Suite 209**<br>**Chicago, IL 60604-2406** | **10/2011 - 4/2012** | **$1,200.00** |
| **Cricket Debt Counseling**<br>**10121 SE Sunnyside Rd., Ste 300**<br>**Clackamas, OR 97015** | **4/2012** | **$36.00 Credit Counseling** |
| **Solid Start Financial**<br>**10121 SE Sunnyside Rd., Ste 300**<br>**Clackamas, OR 97015** | **4/2012** | **$24.00 Financial Management Course** |
| **CIN Legal Data Services**<br>**4540 Honeywell Ct**<br>**Dayton, OH 45424** | **4/2012** | **$40.00 Merged Credit Reports** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

## 18 . Nature, location and name of business

None
■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

   *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

   *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                           ADDRESS

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                          DATE ISSUED

---

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS             NATURE OF INTEREST            PERCENTAGE OF INTEREST

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS             TITLE            NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

---

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                  ADDRESS                  DATE OF WITHDRAWAL

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS             TITLE            DATE OF TERMINATION

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,
RELATIONSHIP TO DEBTOR          DATE AND PURPOSE
OF WITHDRAWAL          AMOUNT OF MONEY
OR DESCRIPTION AND
VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **April  7, 2012**                    Signature   **/s/ Robert L Chatman**
                                                        **Robert L Chatman**
                                                        Debtor

Date  **April  7, 2012**                    Signature   **/s/ Barbara E Chatman**
                                                        **Barbara E Chatman**
                                                        Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Robert L Chatman**          Case No. _____
**Barbara E Chatman**

                Debtor(s)      Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |

Property will be (check one):
☐ Surrendered             ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt            ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **April  7, 2012**          Signature    **/s/ Robert L Chatman**
                                      **Robert L Chatman**
                                      Debtor

Date   **April  7, 2012**          Signature    **/s/ Barbara E Chatman**
                                      **Barbara E Chatman**
                                      Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Robert L Chatman**  
      **Barbara E Chatman**       Case No. _____

             Debtor(s)       Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,200.00 |
| Prior to the filing of this statement I have received | $ | 1,200.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;  
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;  
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;  
    d.   [Other provisions as needed]  
       **Preparation and filing of bankruptcy petition; attending meeting of creditors; exemption planning; negotiation of reaffirmation agreements; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods; motions for relief from stay**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:  
    **Adversary proceedings; conversion; post-discharge litigation; appeals**  
    **In a Chapter 7 case: redemption, judicial lien avoidance, amending a petition, list, schedule or statement postpetition not due to counsel's fault, and attending additional creditors' meetings due to the debtor's failure to appear at the first meeting without a good reason or prior notice.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **April 7, 2012** _____      **/s/ Sara K. Ledford ARDC No.** _____  
                                                **Sara K. Ledford ARDC No. 6275348**  
                                                **LEDFORD & WU**  
                                                **200 S. Michigan Avenue, Suite 209**  
                                                **Chicago, IL 60604-2406**  
                                                **(312) 294-4400   Fax: (312) 294-4410**  
                                                **notice@ledfordwu.com**

# L&W

**LEDFORD & WU**

200 S. Michigan Ave., Suite 209, Chicago, IL 60604
(312)294-4405 Fax: (312)294-4410

## ATTORNEY RETENTION CONTRACT



FOR OFFICE USE (7)
Client No: 30295
Responsible attorney: GMV

**1. Parties.** In this contract, "Client" means the undersigned, both individually and jointly; "Attorney" means the law firm of Ledford & Wu and its staff attorneys. This contract shall supersede any prior contracts and agreements between the parties to the extent of inconsistency.

**2. Services:** Client retains Attorney for the following services:
☒ Chapter 7 (liquidation)   ☐ Chapter 13 (debt adjustment)   ☐ Chapter 11 (reorganization)   ☐ Other (specify): _____

**3. Scope of Representation:**
(a) Attorney will counsel and represent Client in all aspects of the above matter(s) for the fee specified in Paragraph 4 EXCEPT: (1) adversary proceedings; (2) § 722 redemption; (3) judicial lien avoidance; (4) post-discharge litigation; (5) appeals; (6) other: _____
(b) Attorney may agree, but is not obligated, to represent Client in the above excluded matters for an additional fee, to be agreed upon separately by the parties.

**4. Fees:**
☒ Chapter 7: $ _1,200_ PLUS $299 filing fee (court cost)

$1,599 - Total

☐ Chapter 13: $ _____ PLUS $274 filing fee (court cost) (an additional Model Retention Agreement may apply)
☐ Chapter 11 or ☐ Other (specify): _____ ): $ _____ PLUS $ _____ filing fee (court cost)
☒ Expenses: $ _100_ (merged credit report, credit counseling, debtor education, postage and copying) + $299 -
TOTAL: $ _1,300_ less retainer received: $ _100_ Fee balance: $ _1,200_ To be paid by:

The legal fee is an ☒ advance payment retainer   ☐ security retainer   ☐ classic retainer, and is a flat fee unless otherwise stated. Attorney is unable to represent Client without receiving an advance payment retainer since a security retainer will be within the reach of Client's creditors. Should hourly billing be necessary, Attorney's billing rates are $300-$350/hour for senior partners, $250/hour for junior partners and associates, and $90/hour for law clerks. The filing fee and expenses are subject to change at any time. The billing rates are subject to an annual review and potential increase every calendar year.

The legal fee covers the initial consultation and all subsequent work. The case may be closed if the fees are not paid by the deadline. Additional legal fees and court costs may apply, and a separate contract may be required, in the event of extended evidentiary hearings, conversion from one chapter to another, amending a petition, list, schedule or statement post-filing not due to Attorney's fault, attending additional creditors' meetings, reopening of a closed case, unnecessary work caused by Client's delay, or any other fact not known to Attorney in writing at the time of the initial consultation that complicates the case. NSF checks will be assessed a $20 fee.

**5. Initial Consultation.** Client acknowledges that Attorney has explained the following (please initial):
_YbC_ _RL_  The options of Chapter 7 and Chapter 13 and that Client has made the choice identified in Paragraph 2
_YbC_ _RL_  The concepts of exemption, discharge and dischargeability, and pre-filing and post-filing procedures
_YbC_ _RL_  The difference among various types of retainer and that Client has made the choice identified in Paragraph 4
_YbC_ _RL_  *TIME IS OF THE ESSENCE. Any delay on Client's part may disqualify Client for the type of relief elected or otherwise adversely affect Client's case. Attorney may not be able to file the case, or take other necessary actions, until all requested documents and/or information, including but not limited to a certificate of credit counseling, are received by Attorney*
_YbC_ _RL_  Other (specify): _See disclaimer_

Client understands that the advice given during the initial consultation is preliminary and based on the information available at the time, and may change as the case is further analyzed, more facts discovered, or Client's circumstances or the law changed.

**6. Client's Duties.** Client agrees, during the course of representation, to:
(a) provide Attorney with full, accurate and timely information, financial and otherwise;
(b) follow Attorney's procedures and cooperate with Attorney in providing requested documents;
(c) promptly inform Attorney of any change of address, phone number, e-mail address or employment, or activation of military duty;
(d) inform Attorney before buying, selling, refinancing or transferring any real property in which Client has any interest, and before incurring any new debt, including but not limited to applying for an auto loan, personal loan, payday loan or title loan, applying for a credit card or line of credit, or using an existing credit card or line of credit; and
(e) promptly inform Attorney if Client becomes entitled to an inheritance, an asset as a result of a property settlement agreement with Client's spouse or a divorce decree, life insurance proceeds, or a monetary judgment, award or settlement.

**7. Co-counsel.** Client understands that more than one attorney may work on this case. Where necessary, Client agrees to employ one or more of the following outside counsel, at Attorney's expense, to work on this case: Alexandra B. Lewycky, Kathleen W. Vaught, Christina M. L. Lass, Kelly M. Johnson, Wayne J. Skelton, Arturo P. Gonzalez, David L. Davitt, Gary C. Flanders, David Hall Carter, and_____.

**8. Termination.** Attorney may discharge Attorney at any time, subject to payment of any fee owed for the services already rendered. Attorney may terminate the representation as permitted by the Illinois Rules of Professional Conduct and Local Bankruptcy Rules. Any flat fee for a bankruptcy case is advance payment for future services, becomes Attorney's property upon receipt, and is nonrefundable upon filing of the petition. In the event the representation is terminated by either party before filing and Client has paid Attorney more than $300, Attorney will provide Client with a detailed itemization of the services rendered in support of any fee charged at the rate set forth in Paragraph 4, Client will reimburse Attorney for any expenses, including those that otherwise would be free of charge, and Client authorizes Attorney to apply the filing fee and any payment for expenses that have not been incurred towards the attorney's fee, subject to the requirements set forth herein.

X _Barbara Clato_          X _____          Date: _10 / 8 / 11_

Copyright © 2011 Ledford & Wu



**LEDFORD & WU**

200 S. Michigan Ave., Suite 209, Chicago, IL 60604
(312)294-4405  Fax: (312)294-4410

## CONSULTATION AGREEMENT



*THIS AGREEMENT IS REQUIRED BY FEDERAL LAW (11 U.S.C. § 528(a))*

**1. Parties**: In this contract, "Client" means the undersigned, both individually and jointly; "Attorney" means the law firm of Ledford & Wu and its staff attorneys.

**2. Purpose**: Client has requested the opportunity to consult with and obtain information and advice from Attorney concerning options for relief from debts, including filing bankruptcy. This agreement is for purposes of that consultation only.

**3. Client's Duties:** In order for Attorney to give meaningful advice, Client agrees to give accurate, honest, full and fair disclosure of financial information concerning income over the past three years from all sources, monthly living expenses, the type and amount of all debts (including names and addresses of all creditors), all assets and property owned by the client, wherever located and by whomever held, and any additional information determined by Attorney to be relevant.

**4. Services**: The attorney agrees to provide Client with the following services:

    a. analyzing Client's financial circumstances based on information provided by Client;

    b. to the extent possible, advising Client of bankruptcy options and non-bankruptcy options based on the information provided by Client;

    c. if Client has not provided Attorney with sufficient information upon which to fully advise Client on Client's options, informing Client what additional information Client needs to provide in order to enable Attorney to provide such advice and information;

    d. advising Client of the requirements placed upon Client to file a bankruptcy; and

    e. to the extent possible, quoting a fee for providing bankruptcy assistance to Client

**5. Fees**: Unless otherwise noted below, a consultation fee will be waived if Client decides not to retain Attorney, in which case the attorney-client relationship shall terminate at the conclusion of the interview. In the event that Client decides to retain Attorney in order to file a bankruptcy case, a new written contract, and a Model Retention Agreement if applicable, must be signed by Client and Attorney, which shall supersede this agreement. The new agreement(s) will also provide a detailed explanation of the services to be performed by Attorney and a breakdown of the costs.

Note: Client agrees to pay $ _____ in nonrefundable consultation fee.

**6. Acknowledgement**: Client acknowledges that the first date upon which Attorney provided any bankruptcy assistance to Client is the date noted above, and that Attorney provided Client with a copy of this agreement and the disclosure and information mandated by Section 527(b) of the Bankruptcy Code.

x _____  x _____  Date: 10 /6 /11

Copyright © 2010  Ledford & Wu

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re     **Robert L Chatman**
         **Barbara E Chatman**                    Case No.

                                       Debtor(s)          Chapter      **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

         I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **Robert L Chatman** | |
|---|---|
| **Barbara E Chatman** | X   **/s/ Robert L Chatman**       **April 7, 2012** |
| Printed Name(s) of Debtor(s) | Signature of Debtor           Date |
| | |
| Case No. (if known) _____ | X   **/s/ Barbara E Chatman**      **April 7, 2012** |
| | Signature of Joint Debtor (if any)      Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Robert L Chatman**
**Barbara E Chatman**
_____    Case No. _____
                                    Debtor(s)    Chapter    **7**    _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____    **165**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **April  7, 2012**
_____    **/s/ Robert L Chatman**
                            _____
                            **Robert L Chatman**
                            Signature of Debtor

Date:    **April  7, 2012**
_____    **/s/ Barbara E Chatman**
                            _____
                            **Barbara E Chatman**
                            Signature of Debtor

ABC Distributing, Inc.
PO Box 619092
North Miami, FL 33261-9092


ABC Distribution
14445 NE 20th Lane
N. Miami, FL 33181


Advocate MSO Services
75 Remittance Drive, Suite 6010
Chicago, IL 60675-6010


Advocate MSO Services
701 Lee St.
Des Plaines, IL 60016


Allied Data Corporation
13111 Westheimer, 4th floor
Houston, TX 77077


Amer Coll Co/ACC International
Acc International
919 Estes Ct.
Schaumburg, IL 60193


American Credit & Collection
PO Box
Taylor, PA 18517


Americash Loans
205 Army Trail Rd.
Glendale Heights, IL 60139


Apelles
PO Box 1197
Westerville, OH 43086-1197


ARM
PO Box 129
Thorofare, NJ 08086


Asset Acceptance Llc
Attention: Bankruptcy
Po Box 2036
Warren, MI 48090

Asset Acceptance LLC
PO Box 2036
Warren, MI 48090


Associated Genral Surgeon
25 N. Winfield Rd., #410
Winfield, IL 60190


AT&T
Bankruptcy Dept/Attn Linda Adams
6021 S. Rio Grande Ave., 1st Floor
Orlando, FL 32859


AT&T Mobility
5020 Ash Grove Road
Springfield, IL 62711-6329


ATG Credit LLC
PO Box 14895
Chicago, IL 60614


Avon
Dept. 707
PO Box 4115
Concord, CA 94524


Avon Products, Inc.
6901 Golf Drive
Morton Grove, IL 60053-1346


Baby Einstein Discoveries
939 Plaza Dr.
Montoursville, PA 17754


Bank of America
NC4-105-03-14
4161 Piedmont Parkway
Greensboro, NC 27420


Bank of America
MO1-800-17-09    Overdraft
PO Box 236
Saint Louis, MO 63166-0236

Blitt and Gaines PC
661 Glenn Avenue
Wheeling, IL 60090


BMG Music Service
PO Box 1958
Indianapolis, IN 46291


Bureau of Collection
PO box 1259
Detp. 1456
Oaks, PA 19456


Capital One
PO Box 5294
Carol Stream, IL 60197


Carol Stream Public Library
616 Hiawatha Dr.
Carol Stream, IL 60188


Cash Advance America
340 E. North Ave.
Lombard, IL 60148


CBCS
PO Box 69
Columbus, OH 43216


Central DuPage Hospital
25 N. Winfield Rd.
Winfield, IL 60190


Central Dupage Physician Group
P.O. Box 479
Winfield, IL 60190-0479


Charter One Bank
Attn: Bank By Mail
1 Citizens Drive
Riverside, RI 02915

Chase Bank
CH1-1188
340 S. Cleveland Ave., Bldg. 370
Westerville, OH 43081


Chicago Tribune
Box 7904
Chicago, IL 60650


Chicago Tribune
435 N. Michigan Ave.
Chicago, IL 60611


City of St. Charles
23 Main Street
Saint Charles, IL 60174


CLT Financial Inc.
101 W. Romeo Rd.
Romeoville, IL 60446


Collection Prof/lasal
723 1st St
La Salle, IL 61301


Collection/Credit
Collection services
Po Box 9133
Needham, MA 02494


Columbia House
1400 N. Fruitridge Ave.
Terre Haute, IN 47811


Comcast
11621 E. Marginal Way S
Seattle, WA 98168-1965


Commonwealth Edison Company
Legal Revenue Recovery/Claims Dept
Three Lincoln Center
Oakbrook Terrace, IL 60181

Cook County Restitutin
PO Box A3984
Chicago, IL 60690


Credit Management Lp
4200 International Pkwy
Carrollton, TX 75007


Credit One Bank
PO Box 98875
Las Vegas, NV 89193


Creditors Discount & Audit
331 Fulton Street #535
Peoria, IL 61602-1499


Creditors Protection S
Po Box 4115
Rockford, IL 61110


Dakota State Bank
Po Box 4477
Beaverton, OR 97076


Dakota State Bank
P.O. Box 30383
Tampa, FL 33630


Danbury Mint
47 Richards Ave.
Norwark, CT 06857


Delnor Community Hospital
300 Randall Rd.
Geneva, IL 60134


Dept Of Ed/sallie Mae
Po Box 9500
Wilkes Barre, PA 18773


Disney Movie Club
P.O.Box 758
Neenah, WI 54957-0758

Disney Wonderful World Book Club
943 Plaza Dr.
Montoursville, PA 17754


Drs Boyer and Scheive PC
845 S. Main St.
Lombard, IL 60148


DuPage Medical Group
1860 Paysphere Circle
Chicago, IL 60674


DuPage Obstetrics & Gynecology
200 Willow Rd.
Wheaton, IL 60187


DuPage Obstetrics & Gynecology
28375 Davis Parkway, #901
Warrenville, IL 60555


Ebay
P.O. Box 2179
Carol Stream, IL 60132


Edward Hospital
801 S. Washington St.
Naperville, IL 60566


Edward Hospital
PO Box 4207
Carol Stream, IL 60197-4207


Eos Cca
700 Longwater Dr
Norwell, MA 02061


ERS Solutions, Inc
P.O.Box 9004
Renton, WA 98057


Fashion Bug
PO Box 856021
Louisville, KY 40285

Ffcc-columbus Inc
1550 Old Henderson Rd St
Columbus, OH 43220


Fifth Third Bank
PO Box 630784
Cincinnati, OH 45263


First Financial Collection Bureau
610 Waltham
Sparks, NV 89434


First Premier Bank
Attn: Correspondence Department
PO Box 5524
Sioux Falls, SD 57117


Freedman, Anselmo, Lindberg LLC
P.O. Box 3228
Naperville, IL 60566-7228


Friedman & Wexler
500 W. Madison St., #2910
Chicago, IL 60661


Giller Animal Hospital
27 West 120 North ave.
West Chicago, IL 60185


Ginger Bychowski
32 Plume St.
Saunemin, IL 61769


H&f Law
33 N Lasalle Ste 1200
Chicago, IL 60647


H&R Accounts
P.O. Box 672
Moline, IL 61266


H&R Block
7316 W. Roosevelt Rd.
Forest Park, IL 60130

H&R Block Fee Center
P.O. BOx 17155
Baltimore, MD 21297


High Point Dental
46 S. Weber Road
Romeoville, IL 60446


Hollywood Entertainment
PO Box 6789
Wilsonville, OR 97070


HSBC
Attn: Bankruptcy
PO Box 5213
Carol Stream, IL 60197


IC System Inc.
PO Box 64378
Saint Paul, MN 55164


Illinois Child Support / HFA
Attn: Bankruptcy/Mail Drop:509-4-42
509 S 6th St.
Springfield, IL 62701


Illinois Child Support / HFS
Attn: Bankruptcy/Mail Drop:509-4-42
509 S 6th St.
Springfield, IL 62701


Illinois Dept of Emp. Security
Bankruptcy Unit
33 S. State St. BPC
Chicago, IL 60603-2802


Illinois Dept of Emp. Security
P.O. Box 4385
Chicago, IL 60680


Illinois Dept of Revenue
P.O. box 19084
Springfield, IL 62794-9084

Illinois Dept. of Revenue
Office of Collection Section
P.O. Box 64449
Chicago, IL 60664-0449


Imagine Credit Card
P.O.Box 790193
Saint Louis, MO 63179


Internal Revenue Service
Insolvency Division
PO Box 7346
Philadelphia, PA 19101-7346


Island National Group
PO Box 18009
Hauppauge, NY 11788


Jacky Mattera
235 Hadleigh Dr.
Bolingbrook, IL 60440


Jefferson Capital
16 Mcleland Rd
Saint Cloud, MN 56303


Jennings Law Firm
PO Box 1444
Bloomington, IL 61702


JP Morgan Chase Bank
Attn: Legal Dept.
131 S. Dearborn St., Floor 5
Chicago, IL 60603


Kane County Restitution
PO box 35
South Elgin, IL 60177


Lakehaven Apartment Homes
746 Bluff St.
Carol Stream, IL 60188

LaSalle Bank
2600 W. Big Beaver Road
Troy, MI 48084


Law Office of Mitchell N Kay PC
205 W Randolph St., Ste 920
Chicago, IL 60606


LTD Commodities
P.O. Box 296
Northbrook, IL 60065-0296


Lvnv Funding Llc
Po Box 740281
Houston, TX 77274


MBI, Inc.
47 Richards Ave.
Norwalk, CT 06857


MCM
Dept. 12421
P.O. Box 1259
Oaks, PA 19456


Med Busi Bur
1460 Renaissance D
Park Ridge, IL 60068


Medical Recovery Specialists
2250 E. Devon Ave., Ste. 352
Des Plaines, IL 60018-4519


Meijer Inc.
PO Box 1
Grand Rapids, MI 49501


Men's Health
P.O. Box 8461
Red Oak, IA 51591-1461


Menards
PO Box 6152
Rapid City, SD 57709-6152

Merchant's Credit
223 W. Jackson
Chicago, IL 60606


Merchants Cr
223 W. Jackson Blvd.
Suite 400
Chicago, IL 60606


Meta Bank-loc
Jackson Hewitt I Power Card
Po Box 71402
Salt Lake City, UT 84171


Mid America Bank & Tru
5109 S Broadband Ln
Sioux Falls, SD 57108


Midland Credit Mgmt In
8875 Aero Dr
San Diego, CA 92123


Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123


Mira Med Revenue Group
P.O.Box 77000
Dept 77304
Detroit, MI 48277


MiraMed Revenue Group, LLC
PO Box 536
Linden, MI 48451


Mrsi
2250 E Devon Ave Ste 352
Des Plaines, IL 60018


NAFS
PO Box 9027
Williamsville, NY 14231

Naperville Radiologists
6910 S. Madison St.
Willowbrook, IL 60527


Naperville Radiologists
Box 70
Hinsdale, IL 60522


National Credit Soluti
Po Box 15779
Oklahoma City, OK 73155


National Recovery Agen
2491 Paxton St
Harrisburg, PA 17111


NCO Financial
507 Prudential Rd
Horsham, PA 19044


Nicor
Attention: Bankruptcy & Collections
PO Box 549
Aurora, IL 60507


Nicor Gas
Attention: Bankruptcy Department
Po Box 190
Aurora, IL 60507


Nicor Gas
PO Box 2020
Aurora, IL 60507


North Shore Agency
PO Box 8901
Westbury, NY 11590-8901


North Star Capital Acqusition
P.O.Box 1022
Wixom, MI 48393-1022


Northwest Collectors
3601 Algonquin Rd. Suite 232
Rolling Meadows, IL 60008

Nrthn Resol
Po Box 566
Amherst, NY 14226


NSA
751 Summa Ave
Westbury, NY 11590


NSA
270 Spagnoli Rd.
Melville, NY 11747


Oak Lawn Radiology
37241 Eagle Way
Chicago, IL 60678


Orchard Bank
PO Box 17051
Baltimore, MD 21297


PARL
PO box 1810
Warren, MI 48090


Payday Loan Store
147 W. Roosevelt
West Chicago, IL 60185


Paypal Buyer Credit
P.O. Box 960080
Orlando, FL 32896


Penn Foster
925 Oak Street
Scranton, PA 18515


Physicians Immediate Care
PO Box 15473
Loves Park, IL 61111


Plains Commerce Bank
Po Box 89937
Sioux Falls, SD 57109

Plaza Associates
PO Box 18008
Hauppauge, NY 11788


Richard J Schmit
910 W. Lake St, #106
Roselle, IL 60172


Rjm Acq Llc
575 Underhill Blvd.
Suite 224
Syosset, NY 11791


RJM Acquistions
575 Underhill Boulevard
Syosset, NY 11791


Rodale Books
33 E. Minor Street
Emmaus, PA 18098


Salute
P.O. Box 790174
Saint Louis, MO 63179


Santander Consumer Usa
8585 N Stemmons Fwy Ste 1100-N
Dallas, TX 75247


St. Charles Library
1 S. 6th Ave.
Saint Charles, IL 60174


State Collection Servi
Attn: Bankruptcy
Po Box 6250
Madison, WI 53716


Target
700 On the Mall
Minneapolis, MN 55402-2065

TCF National Bank
Attn: Mail Code 268-01-L
500 Joliet Road
Willowbrook, IL 60527


The Pediatric Faculty Found.
PO Box 3597
Springfield, IL 62708-3597


Time Magazine
PO Box 60001
Tampa, FL 33660-0001


Triad Financial Corp.
7711 Center Ave.
Suite 100
Huntington Beach, CA 92647


Unique National Collec
119 E Maple St
Jeffersonville, IN 47130


United Collect Bur Inc
5620 Southwyck Blvd Ste
Toledo, OH 43614


US Bank
950 17th St., Ste. 810
Denver, CO 80202


US Bank
PO Box 6345
Fargo, ND 58125-6345


Uscb Corporation
101 Harrison St
Archbald, PA 18403


Village of Carol Stream
500 N. Gary Ave.
Carol Stream, IL 60188


Washington Mutual
PO Box 2437
Chatsworth, CA 91313-2437

Wayne S. Johnson DDS, Ltd
1440 Maple Ave., Suite 3A
Lisle, IL 60532


West Central Anesthesia
2005 Income from Employment
Jackson, MI 49201


WFNNB
PO Box 182071
Columbus, OH 43218-2071


Winfield Laboratories
Dept. 4408
Carol Stream, IL 60122


Wood Forest Bank
9245 W. 159th Street
Orland Hills, IL 60487


Woodforest National Bank
25231 Grogans Mill #450
Spring, TX 77380


Zenith Acqu
170 Northpointe Pa
Amherst, NY 14228